IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LESEAN HARDY**  **PLAINTIFF**
Reg. #10763-029

v.   No: 2:21-cv-00009 BRW

**UNITED STATES OF AMERICA**   **DEFENDANT**

## ORDER

I have reviewed the Proposed Findings and Recommendation (Doc. No. 26) submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Defendant's motion for summary judgment (Doc. No. 19) is GRANTED, and Hardy's complaint is dismissed with prejudice.

IT IS SO ORDERED this 14th day of February, 2023.

　　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE