IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LESEAN HARDY**                                                                                                    **PLAINTIFF**
Reg. #10763-029

v.                                             No: 2:21-cv-00009 BRW

**UNITED STATES OF AMERICA**                                                                **DEFENDANT**

## JUDGMENT

Based on the order filed today, judgment is entered dismissing this case with prejudice.

IT IS SO ORDERED this 14th day of February, 2023.

<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE